1
2
3
4
5
6

FILED
CLERK, U.S. DISTRICT COURT

JAN 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

7          UNITED STATES DISTRICT COURT
8          CENTRAL DISTRICT OF CALIFORNIA
9

10   UNITED STATES OF AMERICA,        )    Case No.: CR 10-1053-GW
11                    Plaintiff,      )
12          vs.                       )    ORDER OF DETENTION AFTER HEARING
                                      )    [Fed.R.Crim.P. 32.1(a)(6);
13                                    )     18 U.S.C. 3143(a)]
14   Dion Jeannette Taylor            )
                                      )
                  Defendant.          )
15   _____)

16

17

18        The defendant having been arrested in this District pursuant to
19   a  warrant  issued  by  the  United  States  District  Court  for  the
20   _____CD  CAL_____ for  alleged  violation(s)  of  the  terms  and
21   conditions of his/her [probation] [supervised release]; and
22        The  Court  having  conducted  a  detention  hearing  pursuant  to
23   Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),
24        The Court finds that:
25   A.   ( )  The defendant has not met his/her burden of establishing by
26        clear and convincing evidence that he/she is not likely to flee
27        if released under 18 U.S.C. § 3142(b) or (c).  This finding is
28        based on _no evid by Δ; no bail resources or employment;_

1  _uture of charges, including FTAs_

2

3

4  and/or

5  B.   (✓)  The defendant has not met his/her burden of establishing by

6  clear and convincing evidence that he/she is not likely to pose

7  a danger to the safety of any other person or the community if

8  released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9  on:  _no evid by Δ_

10

11

12

13

14  IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated:  _1/17/13_

18

19  _____

RALPH ZAREFSKY

20  UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2