# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            )   Case No.: *CR 10-1053 GW*
                                     )
                    Plaintiff,       )
                                     )
        vs.                          )   ORDER OF DETENTION AFTER HEARING
                                     )   [Fed.R.Crim.P. 32.1(a)(6);
*Taylor*                             )    18 U.S.C. 3143(a)]
                                     )
                    Defendant.       )
                                     )

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the *CD/CA* _____ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A.   (X)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on *PR Rpt* _____ *(flight circumstant)*

1
2
3

4  and/or

5  B.   ( )   The defendant has not met his/her burden of establishing by

6       clear and convincing evidence that he/she is not likely to pose

7       a danger to the safety of any other person or the community if

8       released under 18 U.S.C. § 3142(b) or (c).  This finding is based

9       on: _____

10      _____

11      _____

12      _____

13

14      IT THEREFORE IS ORDERED that the defendant be detained pending

15  the further revocation proceedings.

16

17  Dated: ___10/4/13___

18

19                                        _____

20                                        UNITES STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28